## HAYES v. WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 70, September Term, 1964.]

*Decided December 7, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, MARBURY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Jones in the court below.

*Application denied.*